# United States Bankruptcy Court
## Middle District of Georgia

In re   Wright Newman Duncan, Jr.                                           Case No.   **15-52525**
                              Debtor(s)                                     Chapter    **11**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Wright Newman Duncan, Jr.**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☒   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because  I am self-employed.

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  11/25/15                          Signature  *[signed]*
                                        Wright Newman Duncan, Jr.
                                        Debtor