

**SO ORDERED.**

**SIGNED this 17 day of December, 2015.**

*Austin E. Carter*
**Austin E. Carter
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 15-52525 |
| WRIGHT NEWMAN DUNCAN, JR., | ) |
| | ) Chapter 11 |
| | ) |
| | ) Judge Austin E. Carter |
| Debtor | ) |
| | |
| RREF II PB-GA, LLC, | ) |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) CONTESTED MATTER |
| WRIGHT NEWMAN DUNCAN, JR., | ) |
| Debtor, | ) |
| | ) |
| Respondent | ) |
| | ) |

**CONSENT INTERIM ORDER ON RREF II PB-GA, LLC'S MOTION FOR RELIEF
FROM STAY OR, ALTERNATIVELY FOR ADEQUATE PROTECTION [D.E. 20]**

{M1086643.1}

THIS CASE came before the Court for hearing on December 15, 2014, upon RREF II PB-GA, LLC's Motion for Relief from Stay (the "Motion") [D.E. 20].  Upon consideration of the Motion and the consent of the Debtor and RREF to the relief set forth herein, it is

**ORDERED** as follows:

1.  <u>90-Day Forbearance on Stay Relief and Motion to Dismiss or Convert.</u>  So long as the Debtor complies with the terms of this Order, RREF will forbear from pursuing both relief from stay and the dismissal or conversion of this case for a period of 90 days following the entry of this order.

2.  <u>Adequate Protection Payments.</u>  On or before December 15, 2015, the Debtor shall pay RREF $600.00.  Commencing on January 15, 2016, and on the 15th day of each month thereafter, the Debtor shall pay RREF $1,092.00.  Any payments that RREF receives pursuant to this Order will be applied in accordance with the underlying loan documents and applicable non-bankruptcy law, and are not subject to readjustment.

3.  <u>Insurance.</u>  As additional adequate protection, the Debtor shall maintain and provide RREF with proof of insurance coverage for the real properties that are the subject of RREF's motion for relief from stay in accordance with the Debtor's obligations under the loan and security documents with RREF.

4.  <u>Default.</u>  In the event of the Debtor's default of any of the obligations set forth in paragraph 2 and 3, *supra*, counsel for RREF shall provide written notice of such default ("Default Notice") to counsel for the Debtor by U.S. mail and email to:  Wesley J. Boyer, Katz, Flatau & Boyer LLP, 355 Cotton Avenue, Macon, GA 31201, wes@wesleyjboyer.com.  If the Debtor fails to fully cure a default within five (5) business days of service of the Default Notice, RREF shall, without the need for any further hearing, be afforded immediate relief from stay to

pursue its *in rem* legal rights and remedies against the property that is the subject of its motion for relief from stay upon submission of an affidavit of its counsel as to the default and a proposed order granting relief from stay.

     5.    <u>Continued Hearing on Motion for Relief from Stay.</u> Upon passage of 90 days following the entry of this order, RREF shall be free to contact the Clerk to reschedule a hearing date on its Motion.

**END OF DOCUMENT**
(signatures on next page)

Prepared and submitted by:

JONES WALKER LLP
 *Counsel for RREF II RB-GA, LLC*

By:  /s/ *Stephen P. Drobny*
       Stephen P. Drobny, Esq. (Georgia Bar No. 430447)
       1360 Peachtree St., NE, Suite 1030
       Atlanta, GA 30309
       sdrobny@joneswalker.com
       Telephone:  (404) 870-7500

Approved as to Form by:

Wesley J. Boyer, Esq.
 *Counsel for Debtor*

By:  /s/ *Wesley J. Boyer*
       Wesley J. Boyer, Esq. (Georgia Bar No. 073126)
       355 Cotton Avenue
       Macon, Georgia 31201
       wes@wesleyjboyer.com
       Telephone:  (706) 291-7060