# United States Bankruptcy Court

Middle District of Georgia

Date: 3/2/16

In re:

    Wright Newman Duncan Jr.
    aka Skip Duncan
    30 Duncan Street
    Fort Valley, GA 31030

Debtor(s)

Case No. 15–52525 aec

Chapter 11

Please be advised that the Chapter 11 Plan and Disclosure Statement has not been filed in the above case. The deadline for filing expired on 3/1/16.

Thank you.

Cathy Thomas

Deputy Clerk
United States Bankruptcy Court